ACCEPTED
14-15-00348-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 3:09:40 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00348-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 3:09:40 PM
CHRISTOPHER A. PRINE
Clerk

WILLIAM B. HARRISON, INDIVIDUALLY, ET AL.,

Appellants,

v.

HARRISON INTERESTS, LTD. AND
DANIEL J. HARRISON, III, INDIVIDUALLY, ET AL.,

Appellees.

On Appeal from 190th Judicial District Court,
Harris County, Texas, Cause No. 2010-82117

**APPELLEES' UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d),

Appellees Harrison Interests, Ltd. ("HIL") et al.[1] request an extension of thirty (30)

---

[1] Appellees comprise HIL; Daniel J. Harrison III, individually, as Trustee of the Bruce F. Harrison Testamentary Trust held under the Last Will and Testament of Daniel J. Harrison, Jr., Deceased, as Trustee of the Daniel J. Harrison III Testamentary Trust held under the Last Will and Testament of Daniel J. Harrison, Jr., Deceased, as Trustee of the Daniel J. Harrison III GST Non-Exempt Trust held under the Complete Amendment and Restatement of the Declaration of Mary Alice Smith Revocable Management Trust Agreement, as General Partner and Managing Partner of HIL, and as Co-Independent Executor of the Estate of Bruce F. Harrison, Deceased; Edwin H. Knight, Jr., individually, as General Manager of HIL, and as Co-Independent Executor of the Estate of Bruce F. Harrison, Deceased; Fulshear Oil & Gas Partners, LP; and Fulshear Oil & Gas LLC.

Active 21042776

days to file their appellees' brief, through and until December 7, 2015.  In support of an extension, Appellees show as follows:

1.    Appellants filed their brief on October 5, 2015.  Accordingly, under Texas Rule of Appellate Procedure 38.6(b), Appellees' brief is due November 4, 2015.

2.    This is Appellees' first request for an extension of time to file their brief.  Appellants do not oppose the requested extension.

3.    Appellees request an extension not for purposes of delay, but so that their counsel may have adequate time to prepare their brief.  In addition to this brief, Appellees' counsel, Macey Reasoner Stokes and Amy Pharr Hefley, have: (i) a response brief on the merits due November 24 in the Texas Supreme Court in Cause No. 15-0005, *Oncor Electric Delivery Co. LLC v. Public Utility Commission of Texas*; (ii) an appellee's brief due November 25 in the Fifth Circuit in Case No. 15-30592, *Yolande Burst et al. v. Shell Oil Co. et al.*; and (iii) a response to petition for review due November 25 in the Texas Supreme Court in Cause No. 15-0502, *Noble Energy, Inc. v. ConocoPhillips Co.*

For these reasons, Appellees respectfully request an extension of thirty (30) days, through and until December 7, to file their brief.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/Macey Reasoner Stokes*
    Macey Reasoner Stokes
    State Bar No. 00788253
    macey.stokes@bakerbotts.com
    Amy Pharr Hefley
    State Bar No. 24046046
    amy.hefley@bakerbotts.com
    One Shell Plaza
    910 Louisiana
    Houston, Texas 77002
    713.229.1234
    713.229.1522 (facsimile)


HOGAN LOVELLS US LLP
Maria Wyckoff Boyce
State Bar No. 22095050
maria.boyce@hoganlovells.com
700 Louisiana Street
Suite 4300
Houston, Texas 77002
713.632.1410
713.632.1401 (facsimile)

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 20, 2015, I conferred with David Berg, counsel for Appellants, regarding this motion. Mr. Berg stated that Appellants do not oppose the 30-day extension of time requested in this motion.

/s/Macey Reasoner Stokes
Macey Reasoner Stokes

## CERTIFICATE OF SERVICE

I certify that on this 20th day of October, 2015, a true and correct copy of this motion was served electronically on the following counsel of record:

*Counsel for Appellants:*
David Berg
Berg & Androphy
3704 Travis Street
Houston, Texas 77002
*dberg@bafirm.com*

/s/Amy Pharr Hefley
Amy Pharr Hefley